In the Interest of A.M.N. and Z.D.W.N.

No. WD 58531.

Missouri Court of Appeals,
Western District.

Feb. 20, 2001.

Motion for Rehearing and/or Transfer to Supreme Court Denied March 27, 2001.

Appeal from the Circuit Court of Vernon County, Charles Curless, Judge.

Christopher Ames Cushman, Kansas City, MO, for Appellant.

Bryan Craig Breckenridge, Nevada, MO, for Respondent.

Before PAUL M. SPINDEN, Chief Judge, JAMES M. SMART, Jr., Judge, and RONALD R. HOLLIGER, Judge.

### ORDER

W.H.R. appeals the circuit court's judgment to terminate his right to parent Z.D.W.N. W.H.R. contends that the circuit court lacked jurisdiction to enter an order terminating his parental rights. We affirm. Rule 84.16(b).